FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLUMECOCOMO APPAREL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAPILLON BLANC LINGERIE, INC., a Canadian Corporation; DILLARD'S PROPERTIES, INC., an Arkansas Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: CV11-1808 SVW (FFMx)<br><br>[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION |

MILORD & ASSOCIATES, PC
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878

1  Upon review of the Stipulation for Dismissal of Action and finding the relief
2  requested appropriate,
3  IT IS ORDERED that the above-referenced action is dismissed with prejudice
4  and that this court shall retain jurisdiction over any disputes relating to the
5  settlement agreement reached in this matter.
6  Each party is to bear its own costs and attorneys' fees incurred in this Action.
7  SO ORDERED.

Dated: October 17, 2011

HON. STEPHEN V. WILSON

MILORD & ASSOCIATES, PC
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION